1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL LEON WILLIAMS,

                    Plaintiff,

        v.

HARTMAN, et al.,

                    Defendants.

Case No.: 3:23-cv-00659-ART-CLB

**ORDER**

9    State prisoner Michael Williams brings this civil-rights action to redress

10  constitutional violations that he allegedly suffered while he was incarcerated at Northern

11  Nevada Correctional Center. (ECF No. 4). On November 15, 2024, the Court entered its

12  order screening Plaintiff's complaint, allowing one claim to proceed but dismissing a

13  second claim with leave to amend by December 18, 2024, if Plaintiff chooses to do so.

14  (ECF No. 3). But Plaintiff's mail from the Court has since been returned as undeliverable,

15  noting that he was transferred to Lovelock Correctional Center. (ECF Nos. 5, 6). And

16  Plaintiff has not filed his updated address with the Court.

17    Plaintiff is advised that a "pro se party must immediately file with the court written

18  notification of any change of mailing address, email address, telephone number, or

19  facsimile number." Nev. LR IA 3-1. "The notification must include proof of service on each

20  opposing party or the party's attorney." *Id.* And "[f]ailure to comply with this rule may result

21  in the dismissal of the action, entry of default judgment, or other sanctions as deemed

22  appropriate by the court." *Id.*

23    It is therefore ordered that Plaintiff has **until December 18, 2024**, to file his

24  updated address with the Court.

25    It is further ordered that Plaintiff still has until December 18, 2024, to file a first

26  amended complaint consistent with the Court's screening order (ECF No. 3) if he chooses

27  to do so.

This action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order.

The Clerk's Office is directed to send Plaintiff Michael Williams courtesy copies of the November 15, 2024, screening order and its attachments (ECF Nos. 3, 3-1, 3-2) and his filed complaint (ECF No. 4) by sending them to Lovelock Correctional Center's law library.

DATED: November 20, 2024

_____
UNITED STATES MAGISTRATE JUDGE